# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00097-CV

### In re John D. Byram, Appellant

## ORIGINAL PROCEEDING FROM BLANCO COUNTY

## M E M O R A N D U M   O P I N I O N

Relator John D. Byram filed this petition for writ of mandamus seeking an order directing the trial court to withdraw certain portions of an order it signed in the underlying divorce proceedings on February 6, 2013. After this petition was filed, the trial court signed an amended order on February 22, 2013, that granted the same relief as the previous order, but included findings of fact to support its imposition of sanctions against Byram. Byram filed a second petition for writ of mandamus seeking relief from the same provisions of the amended order, which we assigned Cause No. 03-13-00147-CV. Because the trial court's February 6, 2013, order that is the subject of this proceeding has been superseded by the February 22, 2013, order, this petition is moot and is dismissed. The stay order issued herein on February 14, 2013, is withdrawn.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Goodwin and Field

Filed:   March 28, 2013